Case 1:23-cr-20150-RKA  Document 5  Entered on FLSD Docket

FILED BY ___KAN___ D.C.
Apr 6, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **23-20150-CR-ALTMAN/REID**

18 U.S.C. § 545
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

SZU TA WU,

            **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant herein:

1. Title 18, United States Code, Section 545 makes it a crime to knowingly import or bring into the United States any merchandise contrary to law, or to receive, conceal, buy, sell or in any manner facilitate the transportation, concealment or sale of such merchandise after importation, knowing the same to have been imported or brought in the United States contrary to law.

2. Federal regulations require that a United States Fish and Wildlife Service Officer "clear all wildlife imported into the United States prior to release from detention by Customs officers." 50 C.F.R. § 14.52(a).

3. In order to import any fish or wildlife into of the United States, federal regulations require that a completed Declaration for Importation of Fish or Wildlife (Form 3-177), signed by the importer, or the importer's agent, be filed with the United States Fish and Wildlife Service

upon the importation of any wildlife at the place where clearance is requested.  50 C.F.R. § 14.61.

4.  **SZU TA WU** was a national of the Republic of China (commonly known as Taiwan).

## COUNT 1
### Smuggling Wildlife into the United States
### 18 U.S.C. § 545

1.  The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2.  On or about March 23, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SZU TA WU,**

did fraudulently and knowingly import and bring into the United States, merchandise contrary to law, that is, bird eggs and a baby bird, and in any manner facilitate the transportation and concealment of merchandise after importation, knowing the same to have been to been imported and brought into the United States contrary to law, in that said merchandise was not first made available for inspection and properly declared to the United States Fish and Wildlife Service and the United States Customs and Border Protection as required by Title 50, Code of Federal Regulations, Section 14.52 and 14.61.

In violation of Title 18, United States Code, Sections 545 and 2.

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SZU TA WU**, has an interest.

2

2. Upon conviction of a violation of Title 18, United States Code, Section 545, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18 United States Code, Section 982(a)(2)(B).

3. Upon conviction of a violation of Title 18, United States Code, Section 545, as alleged in this Indictment, the defendant shall forfeit to the United States any merchandise introduced into the United States as a result of such offense, or the value thereof, pursuant to Title 18 United States Code, Section 545.

4. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, the following:

   a. Twenty-nine (29) birds (or soon-to-be-hatched eggs) preliminarily identified as double-head amazon parrots.

   b. A sum of approximately $116,000, which represents the value of the smuggled merchandise and may be sought as a forfeiture money judgment.

All pursuant to Title 18 United States Code, Sections 545 and 982(a)(2)(B), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPESON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
VANESSA E. BONHOMME
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SZU TA WU

_____/

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Mandarin
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)
   I   ☒ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☐ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-MJ-02587-GOODMAN
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of March 23, 2023
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
VANESSA E. BONHOMEE
Assistant United States Attorney
Court ID No.   A55002983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: SZU TA WU

**Case No**: 

Count #: 1

Smuggling Wildlife into the United States

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.